**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7218**

MICHAEL OWEN HARRIOT,

Plaintiff - Appellant,

v.

UNITED STATES, United States Marshals; UNKNOWN USM; UNKNOWN DEPUTY MARSHALS; FBI ROBERT WAIZENHOFER,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Joseph F. Anderson, Jr., Senior District Judge.  (1:20-cv-01266-JFA)

Submitted:  November 19, 2020                    Decided:  November 24, 2020

Before WILKINSON, KING, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Owen Harriot, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Owen Harriot appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Harriot's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Torts Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-80. We agree with the district court's conclusion that Harriot's complaint was barred by the relevant statutes of limitations. Accordingly, we affirm the district court's order. *Harriot v. United States*, No. 1:20-cv-01266-JFA (D.S.C. Aug. 5, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*